# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CAPITAL ONE, N.A.,**<br><br>     Plaintiff,<br><br>vs.<br><br>**MOXIE AUTO SALES, LLC,**<br><br>     **Defendant.** | 8:19CV11<br><br>**ORDER TO SHOW CAUSE** |

The records of the Court show that on January 10, 2019, a letter ([Filing No. 40](#)) was sent to the following attorney(s) from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

     John E. Rinaldi
     WASLH, COLUCCI LAW FIRM
     4310 Prince William Parkway, Suite 300
     Prince William, VA 22192

   **IT IS ORDERED** that on or before February 11, 2019, the attorney(s) listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this Order will result in John E. Rinaldi being removed as counsel of record.

   Dated this 28th day of January, 2019.

                  BY THE COURT:

                  s/ Susan M. Bazis
                  United States Magistrate Judge